AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>RYAN JOHN LEACH<br>(year of birth 1978<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   **25mj396**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 7, 2025__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Postal Inspector Kevin D. Power
*Printed name and title*

Telephonically sworn and electronically signed.

Date: __March 7, 2025__

_____
*Judge's signature*

City and state:   Albuquerque, New Mexico      Hon. Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| IN THE MATTER OF THE ARREST OF:<br>RYAN JOHN LEACH<br>YEAR OF BIRTH 1978 | |
|---|---|

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Kevin D. Power, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND OF THE AFFIANT**

1. I make this affidavit in support of the arrest of Ryan John Leach (year of birth 1978) (hereafter "LEACH"), for a violation of 18 U.S.C. § 922(g), Felon in Possession of a Firearm and Ammunition.

2. I am a Postal Inspector with the USPIS and have been so employed since April of 2022. I have completed a sixteen-week basic training course in Potomac Maryland, which included training in the investigation of crimes affecting the United States Postal Service (USPS) employees and its customers. I am currently assigned to the Phoenix Division, Albuquerque NM Domicile. Prior to my appointment as a U.S. Postal Inspector, I worked in a variety of security related roles as a contractor to the United States Department of Energy at Los Alamos National Laboratory for 14 years. I also served as a Reconnaissance Marine in the Marine Corps Reserve for 18 years. During my career as a federal law enforcement officer, I have investigated robberies of USPS employees and burglaries of Postal facilities. I have also conducted investigations involving theft/receipt of stolen mail, identity theft, and bank fraud, as well as prohibited mail items, such as narcotics in the U.S. mail system.

1

3. I have received formal and on the job training from other experienced agents and law enforcement officers. My investigative training and experience includes, but is not limited to, conducting surveillance, interviewing subjects, writing affidavits for search and arrest warrants, collecting evidence and learning legal matters which includes the topics of arrests and fourth amendment searches. I am a federal law enforcement officer who is engaged in enforcing criminal laws, including violations of United States Code Title 18, and I am authorized by law to request an arrest warrant.

4. The statements contained in this affidavit are based upon my investigation, training and experience, as wells as information provided by other law enforcement officers or from other reliable sources. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support the requested criminal complaint.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

5. On March 6, 2025, I sought and obtained a residential search warrant for the premises at 8804 Brandywine NE Albuquerque, NM 87111. The search warrant was obtained related to a wide-ranging fraud and identity theft investigation, where numerous subjects were using the premises as a base for their operation. One of the targets of the investigation was LEACH.

6. The search warrant was executed on March 7, 2025. During the course of the execution, LEACH was present inside the home and tried to flee by exiting the rear of the house. LEACH was prevented from fleeing by law enforcement on scene but fled back into the

residence where he started a fire. Although the investigation is ongoing, it appears at this time that LEACH set a fire in his bedroom inside the home in order to burn evidence of his crimes.

7. Law enforcement personnel from the Federal Bureau of Investigation were on scene to assist with the execution of the search warrant. They immediately attempted to contain the fire but were forced to exit the premises. At least one agent suffered an injury on his hand while trying to extinguish the fire. The Albuquerque Fire Department responded and contained the blaze.

8. Once the fire was contained, the full search of the premises began. Inside the bedroom belonging to LEACH, where the fire occurred, law enforcement located four firearms along with ammunition, as well as suspected methamphetamine. Fully analysis is pending on the seized firearms, but one of the firearms is preliminarily described as a Bushmaster XM15-E2S AR-15 style rifle bearing serial number ARA012096

9. LEACH is a convicted felon and is prohibited from possessing firearms. For instance, LEACH was convicted of the felony offense of Trafficking a Controlled Substance and sentenced on January 21, 2020, and received a sentence of four years in the New Mexico Department of Corrections. Therefore, I have probable cause to believe LEACH has been convicted of an offense carrying over one year in prison, and knew that he had been convicted of such an offense.

10. Based on my training and experience, the firearm meets the federal definition of a firearm. I conferred with Resident Agent in Charge Special Agent Michael Klemundt with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) regarding whether the firearms previously moved in interstate commerce prior to its presence in New Mexico. I learned, preliminarily, that Bushmaster firearms are manufactured outside of New Mexico. Therefore, I

have probable cause to believe that at least one of the firearms possessed by LEACH had to travel in interstate commerce prior to arriving in New Mexico. This is a preliminary finding pending full analysis by ATF.

11.     In summary, I have probable cause to believe that LEACH has committed a violation of 18 U.S.C. § 922(g).

_____
Kevin D. Power
U.S. Postal Inspector

Subscribed electronically and sworn telephonically
to me this  7th   day of   March      2025:

_____
HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE